UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:26-po-00083-HBK-1 |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING CJA PANEL COUNSEL |
| v. | |
| KENNTH W. REEVES, | (Doc. No. 11) |
| Defendant. | |

The Office of the Federal Public Defender moves to withdraw as counsel for Defendant due to a conflict and requests appointment of Criminal Justice Act (CJA) panel counsel Kevin Rooney.  (Doc. No. 11).  Defendant is charged with an offense carrying a potential custodial term and has been found financially unable to obtain counsel.  (Doc. No. 5).

Accordingly, it is ORDERED:

1.   The motion to withdraw (Doc. 11) is GRANTED.

2.   CJA panel counsel Kevin Rooney is APPOINTED *nunc pro tunc* to June 2, 2026.

Dated:  ___June 5, 2026___

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE